# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GENWORTH LIFE & ANNUITY ASSURANCE COMPANY, | Case No. 2:14-cv-00229-MMD-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| CRAIG JOHNSON, et al., | |
| Defendant(s). | |

This matter is before the court on the failure of Plaintiff to file a Certificate of Interested Parties.  LR 7.1-1(a) requires, unless otherwise ordered, that in all cases (except *habeas corpus* cases) *pro se* litigants and counsel for private parties shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms, partnerships or corporations (including parent corporations) which have a direct, pecuniary interest in the outcome of the case.  LR 7.1-1(b) further states that if there are no known interested parties, other than those participating in the case, a statement to that effect must be filed.  Additionally, LR 7.1-1(c) requires a party to promptly file a supplemental certification upon any change in the information that this rule requires.  To date, Plaintiff has failed to comply.

//

//

//

1  Accordingly, **IT IS ORDERED** that Plaintiff shall file a Certificate of Interested Parties,
2  which fully complies with LR 7.1-1, **no later than 4:00 p.m., March 4, 2014.** Failure to comply
3  may result in the issuance of an order to show cause why sanctions should not be imposed.
4  IT IS SO ORDERED.
5  DATED: February 25, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge