# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GENWORTH LIFE & ANNUITY ASSURANCE COMPANY, | Case No. 2:14-cv-00229-MMD-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket No. 24) |
| THE ESTATE OF GWENDYLINN WEBB, et al., | |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion to set a scheduling conference pursuant to Local Rule 22-2. Docket No. 24. The motion is hereby **GRANTED** and the Court hereby **SETS** a scheduling conference for May 7, 2014, at 3:30 p.m. in Courtroom 3A.

IT IS SO ORDERED.

DATED: April 21, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge