# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GENWORTH LIFE AND ANNUITY ASSURANCE COMPANY, | Case No. 2:14-cv-00229-RFB-NJK |
| Plaintiff(s), | ORDER GRANTING MOTION FOR SCHEDULING CONFERENCE |
| vs. | |
| PRO-TECT SECURITY SERVICES, LLC, et al., | (Docket Nos. 37, 38) |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion for a scheduling conference, Docket Nos. 37, 38, which is hereby GRANTED. The Court hereby SETS a scheduling conference for 3:30 p.m. on May 27, 2015, in Courtroom 3A. If they wish to do so, counsel may appear telephonically by calling the Court conference line at 702-868-4906 at least five minutes prior to the hearing. The conference code is 123456. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

DATED: April 23, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge